**Motion for En Banc Reconsideration Granted in Part, Denied in Part; Memorandum Opinion filed December 31, 2015, Withdrawn, Appeal Reinstated, Dissent and Order filed April 26, 2016.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-15-00430-CV

—————————

## IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE V. HARRISON

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

## ORDER

On December 31, 2015, this court issued an opinion dismissing this appeal for want of prosecution. Appellant filed a motion for rehearing that was denied on February 11, 2016. On February 26, 2016, appellant filed a brief and motion for en banc reconsideration. Appellee filed a response. The motion is **GRANTED in part**.

This court's opinion filed December 31, 2015, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

Appellee's brief is due within thirty days of the date of this order. All other requested relief is **DENIED**.

/s/    William J. Boyce
      Justice

En Banc Court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, McCally, Busby, Donovan, Brown, and Wise (Frost, C.J., dissenting).

Publish